IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**THELMA BRITTAIN**                                                                  **PLAINTIFF**

**v.**                                             **CIVIL ACTION NO. 3:24-cv-271-TBM-RPM**

**TRANSAMERICA LIFE INSURANCE
COMPANY** *and* **PANNELL & ASSOCIATES, INC.**               **DEFENDANTS**

## ORDER

This matter came before the Court on the Plaintiff Thelma Brittain's Motion to Remand [11] and Pannell & Associates, Inc.'s Motion to Dismiss [16]. At the hearing conducted on March 21, 2025, the Court, having considered the pleadings, the record, and the oral arguments of the parties, and the relevant legal authority, announced on the record its detailed findings and conclusions.

IT IS THEREFORE ORDERED AND ADJUDGED that Thelma Brittain's Motion to Remand [11] is DENIED. The claims against Pannell & Associates, Inc. are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that Pannell & Associates, Inc.'s Motion to Dismiss [16] is MOOT.

This, the 21st day of March, 2025.

                                                           TAYLOR B. McNEEL
                                                           UNITED STATES DISTRICT JUDGE